IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID CHUKWUNONSO ALLISON, ) | | |
| Personal Representative of the ) | | |
| Estate of JOY CHIEDOZIE ALLISON,) | | |
| Deceased, ) | | |
| ) | No. 12 CV 4441 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Honorable Edmond E. Chang | |
| ) | | |
| THE BOEING COMPANY, et al, ) | | |
| ) | | |
| Defendants. ) | | |

### Notice of Voluntary Dismissal of Certain Defendants

Pursuant to Rule 41 (A)(1)(a) of the Federal Rules of Civil procedure, the plaintiff hereby dismisses McDonnell Douglas Corporation, Pratt & Whitney Canada Corp. and the Estate of Peter Waxtan as defendants in this case. No defendant has answered or moved for summary judgment; therefore, dismissal is effective on filing of this notice of dismissal. This action will continue against The Boeing Company and United Technologies Corporation only.

                Respectfully submitted,

                /s/ David E. Rapoport
                One of plaintiffs' counsel

David E. Rapoport, 6181294
Michael L. Teich, 6216938
Joshua L. Weisberg, 6287650
Rapoport Law Offices, P.C.
20 North Clark Street, Suite 3500
Chicago, Illinois 60602

Telephone: (312) 327-9880
Facsimile: (312) 327-9881

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2012, the foregoing was electronically filed with the U.S. District Court Clerk, Northern District of Illinois, Eastern Division, by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ David E. Rapoport

David E. Rapoport, #6181294
Rapoport Law Offices, P.C.
20 North Clark Street, Suite 3500
Chicago, Illinois 60602
(312) 327-9880
(312) 327-9881 (fax)
Email: drapoport@rapoportlaw.com