# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

David Chukwunonso Allison

                                            Plaintiff,

v.                                                            Case No.: 1:12–cv–04441
                                                                      Honorable Sara L. Ellis

The Boeing Company, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 13, 2014:

      MINUTE entry before the Honorable Sara L. Ellis: Plaintiff's motion for leave to file his Petition to Approve Settlement of Cause of Action and Distribution of Funds under seal [58] is granted. Petition to Approve Settlement of Cause of Action and Distribution of Funds [60] is granted. The parties are directed to disburse the settlement funds as stated in the settlement agreement. Case is terminated with prejudice pursuant to the terms of the settlement agreement. No appearance required, 5/14/2014. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.